JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EFREN CRUZ VARGAS,

Petitioner,

v.

MARKWAYNE MULLIN, ETC., ET AL.,

Respondents.

No. ED CV 26-6475-E

JUDGMENT

IT IS ADJUDGED that the Petition is granted in part and: (a) Respondents are ordered to release Petitioner (A# 222-570-807) from detention immediately, subject to reasonable conditions; (b) it is declared that Petitioner's detention violated Petitioner's due process rights; and (c) Respondents are enjoined from any further detention of Petitioner absent at least seven (7) days notice and a pre-deprivation bond hearing before a neutral decisionmaker at

///

///

///

///

///

///

///

which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner is an unacceptable danger to the community or an unacceptable risk of flight.

DATED: November 16, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE